IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

SEAN WILLIAM LEE                      PETITIONER

VS.            CASE NO. 2:16CV00162 JM/PSH

C. V. RIVERA, Warden                    RESPONDENT

**ORDER**

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. After careful review of those Findings and Recommendations, the timely objections received thereto, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 28th day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE