IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

SEAN WILLIAM LEE                                              PETITIONER

VS.                         CASE NO. 2:16CV00162 JM/PSH

C. V. RIVERA, Warden                                          RESPONDENT

# JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied.

IT IS SO ORDERED this 28th day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE